IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY WILLIS, Jr.,

        Petitioner,                No. 2:12-cv-0100 KJN P

    vs.

PEOPLE OF THE STATE OF
CALIFORNIA,

        Respondent.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an application to proceed in forma pauperis.

        The application attacks a conviction issued by the County of San Diego Superior Court.  While both this Court, and the United States District Court in the district where petitioner was convicted, have jurisdiction, <u>see</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Diego County.  <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1.  This court has not ruled on plaintiff's application to proceed in forma pauperis; and,

1        2.  This matter is transferred to the United States District Court for the Southern

2   District of California.

3   DATED:  January 20, 2012

4

5                                          _____
                                           KENDALL J. NEWMAN
6                                          UNITED STATES MAGISTRATE JUDGE

7   /will0100.108

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26