UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY WILLIS, JR.,<br><br>                    Petitioner,<br>vs.<br><br>WARDEN SINGH, et al.,<br><br>                    Respondents. | CASE NO. 12cv0180 DMS (PCL)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION, (2) GRANTING MOTION TO DISMISS AND (3) DENYING MOTION TO STAY**<br><br>**[Docket Nos. 22, 33, 41]** |

On January 12, 2012, Petitioner Leroy Willis, Jr., a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 29, 2013, Magistrate Judge Peter C. Lewis issued a Report and Recommendation ("R&R") recommending that the Court grant Respondent's motion to dismiss and deny Petitioner's motion to stay. Petitioner filed objections to the R&R on February 13, 2013.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and Petitioner's objections thereto adopts the Magistrate Judge's recommendation in full, **GRANTS** Respondent's motion to dismiss and **DENIES** Petitioner's motion to stay. The Court finds no basis for a certificate of appealability. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED: February 26, 2013

_____
HON. DANA M. SABRAW
United States District Judge